✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

District of Vermont

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Gregory R. Miller | Case Number:  2:19-cr-55-3 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| John M. Conroy | Matthew Lasher, AUSA | Richard Goldsborough, Esq. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/10/2019 | Recorded | H. Beth Cota |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/10/2019 | X | X | Facebook Business Record - Excperts from Facebook account of Greg Miller |
| | | | | | (pages 4602-12) |
| 2 | | 4/10/2019 | X | X | Facebook Business Record - Image of Greg Miller (page 4900) |
| 3 | | 4/10/2019 | X | X | Facebook Business Record - Excerpts from Facebook account of Greg Miller |
| | | | | | (pages 5722-31) |
| | | | | | |
| | A | 4/10/2019 | X | X | Letter from Ryan Cross of First Step Recovery dated 4/9/19 |
| | B | 4/10/2019 | X | X | First Step Recovery House Program Fee Agreement signed by Greg Miller 10/17/18 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | **WITNESSES** |
| | | 4/10/2019 | | | Ryan Cross, Director of Operations, First Step Recover House for Defendant |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages